UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 33959
  HATTIE L FRIERSON-JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-0524

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 08/25/2005 and was confirmed 11/30/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 03/25/2008.
-----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| VICTOR SKADAUSKI | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | 4880.00 | 614.91 | 4880.00 |
| COMCAST | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COMED | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | NOTICE ONLY | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| J C PENNEY | NOTICE ONLY | NOT FILED | .00 | .00 |
| LIBERTY FEDERAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONAL CREDIT INVESTIG | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 985.85 | 52.56 | 985.85 |
| LEEDERS & ASSOCIATES LTD | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 537.46 |
| DEBTOR REFUND | REFUND | | | 425.19 |

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 9,695.97 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 5,865.85 |
| INTEREST | | 667.47 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 537.46 |
| DEBTOR REFUND | | 425.19 |
| | --------------- | --------------- |
| TOTALS | 9,695.97 | 9,695.97 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 33959 HATTIE L FRIERSON-JOHNSON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 06/26/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE